### 1794. BASS & COMPANY *v.* BEARDEN.

HILL, C. J. J. C. Bass & Co. sued W. D. Bearden in a justice's court, as the maker of a promissory note payable to themselves. The justice, in writing the name of the plaintiff, in the original summons, left off the words "& Co.," and also left out the same words in entering the case on his docket, leaving the case pending as one brought by J. C. Bass against W. D. Bearden. A copy of the note sued on was attached to the summons. *Held:* (1) An amendment adding the words "& Co." to the original summons and to the entry of the case on the docket was improperly allowed, as this was adding a new party plaintiff. (2) An appeal by J. C. Bass & Co. from the judgment rendered by the justice in the case of J. C. Bass *v.* W. D. Bearden should have been dismissed, unless the words "& Co." had been stricken by the appellant. The judgment of the superior court sustaining the certiorari is     *Affirmed.*

Certiorari, from Haralson superior court—Judge Edwards. March 15, 1909.

Submitted May 20,—Decided October 5, 1909.

*Griffith, Weatherly & Matthews,* for plaintiffs.

*M. J. Head,* for defendant.